24th JUDICIAL COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

CASE # _____                    ITEM # G-029219-08

SEARCH WARRANT

********************

AFFIDAVIT(S) HAVING BEEN MADE BEFORE ME BY DETECTIVE JEFFERY RODRIGUE #108293, OF THE JEFFERSON PARISH SHERIFF'S OFFICE, THAT HE HAS A GOOD REASON TO BELIEVE THAT ON OR IN THE VEHICLE OF 2000 FORD CROWN VICTORIA, 4-DOOR, SILVER IN COLOR, VIN# 2FAFP74W3YX149812, AND LOUISIANA LICENSE PLATE NUMBER RBV848 (NO DISPLAYED) AND REGISTERED TO ONE DERRICK SHEPHERD. THIS VEHICLE ISLOCATED WITHIN THE PARISH OF JEFFERSON, STATE OF LOUISIANA, (4512 4TH STREET, COMBELL'S CUSTOMS) THERE IS NOW BEING CONCEALED CERTAIN PROPERTY, NAMELY,

- ANY AND ALL BALLISTIC EVIDENCE
- ANY AND ALL PROPERTY IN THE NAME OF OR BELONGING TO THAISE ASHFORD
- ANY AND ALL U.S. CURRENCY IN THE DENOMINATION OF A ($100) DOLLAR BILL
- ANY AND ALL OTHER EVIDENCE DEEMED RELEVENT TO THIS INVESTIGATION

WHICH SAID PROPERTY CONSTITUTES EVIDENCE INTO THE CRIMES OF LRS 14:62.3 UNAUTHORIZED ENTRY OF AN INHABITED DWELLING, LRS 14:35 SIMPLE BATTERY, AND LRS 14:67 THEFT OVER $500.00, AND AS I AM SATISFIED FROM THE AFFIDAVIT(S) SUBMITTED IN SUPPORT OF THE APPLICATION FOR THE WARRANT THAT THERE IS PROBABLE CAUSE TO BELIEVE THAT THE AFORESAID PROPERTY IS BEING CONCEALED ON OR IN THE SAID VEHICLE ABOVE DESCRIBED, AND THAT THE AFORESAID GROUND FOR THE ISSUANCE OF THIS SEARCH WARRANT EXIST:

YOU ARE HEREBY ORDERED TO SEARCH FORTHWITH THE AFORESAID VEHICLE FOR THE PROPERTY SPECIFIED, SERVING THIS SEARCH WARRANT AND MAKING THE SEARCH DURING THE DAYTIME OR THE NIGHT TIME, SUNDAYS OR HOLIDAYS, AND IF THE PROPERTY BE FOUND THERE, TO SEIZE IT, LEAVING A COPY OF THIS WARRANT AND A RECEIPT FOR THE PROPERTY SEIZED, TO MAKE YOUR WRITTEN RETURN ON THIS WARRANT INCLUDING A WRITTEN INVENTORY OF THE PROPERTY SEIZED, AND TO BRING THE SAID SEIZED PROPERTY BEFORE ME WITHIN TEN (10) DAYS OF THIS DATE, AS REQUIRED BY LAW.

JEFFERSON, LOUISIANA

DATED THIS 28TH DAY OF JULY 2008.

                                        _____
                                        JUDGE
                                        24TH JUDICIAL COURT, PARISH OF
                                        JEFFERSON, STATE OF LOUISIANA

COPIES:
1 - PERSON UPON WHOM WARRANT IS SERVED
1 - JUDGE SIGNING THE WARRANT
1 - DISTRICT ATTORNEY
1 - RECORDS DIVISION
1 - 2ND COPY (WHEN MAKING RETURN) TO
    JUDGE WHO SIGNED THE WARRANT

*Copy*

GOVERNMENT
EXHIBIT
B

```
IN THE 24TH JUDICIAL DISTRICT COURT          JPSO ITEM # G-29219-08
PARISH OF JEFFERSON
STATE OF LOUISIANA
```

APPLICATION FOR AND SWORN PROOF OF PROBABLE CAUSE FOR
THE ISSUANCE OF A SEARCH WARRANT HEREIN

PERSONALLY CAME AND APPEARED BEFORE ME, THE UNDERSIGNED JUDGE OF THE TWENTY FOURTH JUDICIAL COURT WITHIN THE PARISH OF JEFFERSON, STATE OF LOUISIANA, DETECTIVE JEFFERY RODRIGUE OF THE JEFFERSON PARISH SHERIFF'S OFFICE, WHO, UPON BEING DULY BY ME SWORN, DEPOSE(S) AND SAY(S):THAT A SEARCH WARRANT SHOULD BE ISSUED FOR THE SEARCH OF THE VEHICLE OF THE DESCRIBED 2000 FORD CROWN VICTORIA, 4-DOOR, SILVER IN COLOR, VIN# 2FAFP74W3YX149812, AND LOUISIANA LICENSE PLATE NUMBER RBV848 (NO DISPLAYED) AND REGISTERED TO ONE DERRICK SHEPHERD. THIS VEHICLE ISLOCATED WITHIN THE PARISH OF JEFFERSON, STATE OF LOUISIANA, (4512 4TH STREET, COMBELL'S CUSTOMS)

IN SEARCH OF THE FOLLOWING EVIDENCE:

- ANY AND ALL BALLISTIC EVIDENCE
- ANY AND ALL PROPERTY IN THE NAME OF OR BELONGING TO THAISE ASHFORD
- ANY AND ALL U.S. CURRENCY IN THE DENOMINATION OF A ($100) DOLLAR BILL
- ANY AND ALL OTHER EVIDENCE DEEMED RELEVENT TO THIS INVESTIGATION

FOR THE FOLLOWING REASONS:

On 07/26/2008, Detective Barteet was notified by Deputy Whaland Shephard of an incident that occurred at 115 Cameron Dr. in Gretna. The incident was initially dispatched to the 2nd District as an Aggravated Burglary. The victim advised headquarters that her ex-boyfriend forced entry into her residence and stole her cell phone then fled in a beige Ford Crown Victoria.

Detective Barteet arrived on scene and met with Deputy Shephard. He advised that the victim, identified as Thaise Ashford, provided a detailed description of the incident and further indicated that she wished to pursue criminal charges against the suspect. The victim identified the suspect as State Senator Derrick Shepherd. The victim provided his date of birth, address and other personal information. The victim advised that she and the suspect were involved in a romantic relationship from 2001 to late 2005. She advised that she remained friendly with him until early this year when she began a formal relationship with another man.

The victim advised that the suspect took the news poorly and began to call her with great regularity. She advised that he began to drive by her residence and work occasionally. She advised that he asked her to come back to him and wanted to start the relationship again. The victim advised that on this date, the suspect began calling her cellular phone at approximately 0200 hours. She advised that the number was displayed as "private", however she knew it was he that was calling. The victim advised that approximately (15) minutes after the last call, she heard rocks being thrown against her bedroom window. The victim advised that initially she ignored the noise until the intensity increased.

The victim proceeded down stairs and opened the rear door and asked the suspect why he was at her residence. The suspect entered the residence. The victim advised that she did not want him inside, however she did not tell him to leave, nor did she attempt to block his entry. The victim advised that he appeared to be intoxicated, but he was calm. The victim advised that she resides alone and no one else was inside the residence.

The suspect sat at the kitchen table and she sat across the room. The spoke for a short period of time and she noticed that he became increasingly aggressive in conversation. The suspect then stood up and lunged at her and grabbed her by both arms. The suspect struck the victim in the stomach area and she then armed herself with a small board. The victim then retreated to her second floor bedroom and locked the door. Within seconds, the suspect forced the door open causing severe damage to the door frame. The victim then fled out of

the rear door of the residence and the suspect then locked her out of the residence.

The victim advised that she was locked out of her residence for approximately (45) minutes. She pleaded with the suspect to open the door and he finally opened the rear door. The victim immediately grabbed the suspect and forced him out the rear door. The victim locked the door and again within seconds, he forced the rear door open causing severe damage to the frame. The victim again retreated upstairs and immediately called 9-1-1. The suspect heard the victim speaking to the police and fled the residence. The victim followed him outside while still on the phone with 9-1-1.

The victim watched as the suspect entered his Ford Crown Victoria without a license plate and backed out of her driveway. The suspect exited the neighborhood and traveled on Wall Blvd. towards Belle Chasse Hwy. Several 2nd District Units canvassed the area for the suspect without success.

The victim advised that the suspect removed her personal cellular phone and $100 in US currency from her bedroom. The victim advised that her phone was plugged into the charger next to her bed and she knew that it was present before the suspect arrived. She initially reached for it when attempting to call 9-1-1 and realized that it was gone. She had placed the $100 dollar bill in a specific place because she intended to pay a debt and it was no longer present. The victim advised that she learned that the suspect arrived at her mother's residence shortly after fleeing her residence and that he knocked on the door and called her sister's cell phone.

Detective Barteet then met with the victim's mother, identified as Sharon Ashford, at her residence, located at 1460 Angus Dr. in Harvey. Ms. Ashford advised that she awoke to the suspect banging on her front door at approximately 0410 hours. Ms. Ashford advised that she went to the door and observed the suspect pacing and using his cell phone. She then realized that the suspect was calling her other daughter, identified as Hashawn Ashford. Sharon Ashford identified the suspect as State Senator Derrick Sherpher and advised that she has met the suspect on numerous occasions when her daughter was involved in a relationship with him. Detective Barteet secured an audio taped statement from Sharon Ashford about the incident.

Hashawn Ashford also resides at 1460 Angus Dr. and was present. Detective Barteet interviewed her and learned that she began receiving calls from the suspect at approximately 0130 hours. She advised that she knew it was the suspect and that his personal cell phone number was displayed on her phone. The suspect again called her numerous times from 0410 hours to 0415 hours. Detective Barteet was allowed to view the cell phone and observed that the number Hashawn Ashford identified as that of the suspect was the same number that the victim provided as the suspect's personal cell phone. Crime Scene Technician Jessica Sims obtained photographs of the phone with specific photos of the call log.

Detective Barteet then proceeded to the Investigations Bureau and conducted computer research into the suspect and the victim. Detective Barteet learned that the suspect has a prior arrest for a similar incident involving a different female in 2000. In that incident he was arrested via summons for a Simple Battery and was the suspect of Harassing Phone Calls.

Detective Barteet also discovered that the victim had been arrested for Unauthorized Entry of an Inhabited Dwelling in 2004 for allegedly entering the suspect's residence at 1113 Garden Rd. in Marrero. All charges were dropped in that incident and it occurred when the victim was still involved in a relationship with the suspect.

Detective Barteet the authored an arrest warrant for the suspect for the charges of Unauthorized Entry of an Inhabited Dwelling, Simple Battery and Theft Over $500.00. Detective Barteet also prepared a Court Order for the victim cell phone, requesting precision tracking of the phone via GPS. Detective Barteet presented both items to

Criminal Commissioner Caroline Kiff. Commissioner Kiff reviewed, endorsed and issued both documents.

Detective Barteet then contacted Sprint Legal Compliance and presented them with the Court Order. Based on the order, Detective Barteet began to actively track the victim cell phone, which was provided a clear and strong signal. The track ultimately led Detective Barteet to the driveway of 3701 Lake Michel Ct. in the Stonebridge Subdivision. The victim advised that the suspect maintains an address in Marrero, but secretly resides at the residence on Lake Michel.

Detective Barteet then authored a search warrant for the address of 3701 Lake Michel Ct. and also prepared a court order for the suspect's cell phone for tracking purposes. Detective Barteet then presented the items to Criminal Commissioner Caroline Kiff and she reviewed, endorsed and issued all documents.

Detective Barteet then returned to the Investigations Bureau and again contacted Sprint. He initiated a GPS trace of both the victim's and suspect's cell phone. Both phones were tracked to the Stonebridge Subdivision by satellite. These coordinate were not as strong, but were still in range of the suspect's residence.

Detective Barteet then proceeded to the residence in order to execute both the search warrant and arrest warrant. Detective Barteet was accompanied by Detectives Greg Floridi and Mike Cummings, Lieutenant Timothy Campbell's Street Crimes Unit and members of the 2nd District Patrol Division. Detective Barteet coordinated a discreet approach with all Street Crimes Units in their vehicles and ready to assist if anything became unsafe. Detective Barteet, Lieutenant Brady Buckley and Detective Mike Cummings approached the front door. Detective Barteet called the suspect's cell phone with no response.

Detective Barteet then rang the door bell and again received no response. Detective Barteet then peered through the window and observed the suspect sitting on a sofa and a female dancing over him in a passionate position. Detective Barteet continued to knock and the suspect finally noticed their presence. He slammed an interior door and fled to the rear of the residence.

The suspect and his two female companions the exited the rear door and were met by Sergeant Joseph Kloiber. Detective Barteet approached and identified the suspect, Derrick Shepherd. Detective Barteet identified himself and advised the suspect that he was under arrest and further advised that he was armed with an arrest warrant as well as a search warrant. The suspect initially complied into a safe position, but suddenly made an attempt to re-enter his residence. Detective Barteet restrained the suspect against the exterior wall and placed him in handcuffs.

Detective Barteet then advised the suspect of his Miranda warning and he indicated that he understood his right and refused to speak further. Detective Barteet allowed the suspect to view the search warrant. The rest of the three story residence was cleared for safety and secured.

The females present at the residence were identified as Priscilla Johnson (B/F, DOB: 12/03/1981) and Rochelle Nicholas (B/F, DOB: 03/24/1980). Johnson resides at 554 Brown St. Jefferson, La and advised that she is employed at Louisiana Spirit as a community leader liason. Nicholas resides at 13503 Northborough #1104 Houston, Texas and advised that she is unemployed. A criminal history check of both revealed only one arrest for Johnson as a Fugitive. After the females' identities were confirmed they were released.

Detective Barteet then searched the residence for the victim's stolen cell phone. Detective Barteet called the number and an audible ring could be heard from a second floor bedroom. Detectives then discovered the victim's cell phone sitting aside what appeared to be the suspect's bed. The phone was plugged into a charger and his cell phone was close nearby. Crime Scene Technician Bill Lewis arrived on

scene and obtained photographs of the interior and exterior of the residence as well as specific photographs of the victim's cellular phone. The phone was seized and a return of service was prepared and a copy left at the residence for the suspect. The suspect was then transported to the Jefferson Parish Sheriff's Office Correctional Center and booked on the charges specified in the warrant.

On the morning of 07-28-2008 at approximately 0830 hours, Detective Gary Barteet received phone call at the Criminal Investigations Bureau by the owner / manager of Combell's Custom body shop located at 4512 4th Street in Marrero. Combell informed that he learned of the ongoing investigation of Senator Derrick Shepard via local news media on the night of 07-27-2008. He further informed the detective that he reported to his business on this date to discover Senator Shepherd's 2000 Ford Crown Victoria (as described above) to be parked in the business parking lot with a shattered rear window. Combell then phoned Shepherd, who is a long time customer of the business, to inquire as to the vehicle. Shephered then informed that he had been in involved in a recent altercation and as a result his rear window was "shot out", in which he requested to be replaced. Detective Barteet proceeded to the said business and reviewed the business surveillance video. It was then learned that according to the video, Senator Shepherd arrived at the said business in the vehicle at approximately 0430 hours on 07-26-2008 (approximately 30 minutes after the listed incident) and parked the vehicle in the parking lot. Detective Barteet also noted Shepherd to the wearing the same clothing described by the victim as worn during the incident.

Based on the above mentioned facts provided to Detective Jeffery Rodrigue by Detective Gary Barteet, Detective Jeffery Rodrigue respectfully requests that a search warrant be issued for the above described vehicle for the purpose of being towed from the said business to the Criminal Investigations Bureau and searched aforementioned evidence.

_____   SWORN TO AND SUBSCRIBED BEFORE ME

JEFFERSON PARISH SHERIFF'S OFFICE   THIS __28TH__ DAY OF JULY 2008.

COPIES:
1-JUDGE SIGNING
1-DISTRICT ATTORNEY
1-CRIMINAL RECORDS ROOM
1-OFFICER CASE FILE

JUDGE:
   PARISH OF JEFFERSON
   STATE OF LOUISIANA