## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

STATEMENT OF: Thaise Ashford                J.P.S.O. ITEM #G-29219-08

LOCATION: 115 Cameron Dr., Gretna, La.

DATE & TIME TAKEN: 07/26/08, 1541 hours      INCIDENT: RS:14:62.3, RS:14:35

OFFICER(S): Detective Gary Barteet

---

The following is a taped, audio voluntary statement being obtained from Ms. Thaise Ashford, spelling of the first name T-h-a-l-s-e, last name A-s-h-f-o-r-d. Ms. Ashford is a Black Female, with a date of birth of 8/30/78. This statement is being taken on July 26, 2008, begins at approximately 0541 hours. Statement is taken relative to J.P.S.O. Item #G (as in George) 29219-08, reference to RS:14:62.3 Unauthorized Entry of an Inhabited Dwelling, RS:14:35 Simple Battery and anything else we might end up seeing. This statement is being obtained at 115 Cameron Drive, Gretna, Louisiana, which is Ms. Ashford's home address. Uh, this statement is being obtained by Detective Gary Barteet, a member of the Jefferson Parish Sheriff's Office, assigned to the Criminal Investigations Division.

BARTEET: State your name for the record, please?
ASHFORD: Thaise Ashford.

BARTEET: Okay, Ms. Ashford, where do you work?
ASHFORD: At the Recovery School District.

BARTEET: Okay, that's New Orleans?
ASHFORD: New Orleans, Louisiana.

BARTEET: Okay, now, earlier to-, uh, this morning, uh, you contacted uh, Jefferson Parish Sheriff's Office in reference to uh, an incident that occurred at your residence, which is 115 Cameron Drive?
ASHFORD: Correct.

BARTEET: Okay, can you just tell me what happened with that incident?
ASHFORD: Um, I was woken uh, roughly around 2 something this morning with someone calling my cell phone private. Um, after about two (2) or three (3) phone calls, I started to hear a rock being pitched at my window. Um, I let the rocks keep hitting the window for a few minutes because I knew who it was throwing the rocks, but as the rocks got harder and louder, I came downstairs to tell them to stop, because I didn't want them to break the window. When I opened the door, the person stood there, Derrick Shepard, was standing outside of my door. He appeared to seem like he was startled that I even came to the door or like I scared him or something. Um, he seemed like he was in a calm manner, but he also appeared to be in a drunken state. He came inside and he took a seat at the table and he started to talk to me and tell me why don't I want to be with him, why don't I love him, don't I want to make it work, why don't I try to, um, why haven't I called him. I haven't talked to him all week. Um, I was sitting in the chair across the room and he came over towards me and attempted to hit me and he was very aggressive with me. I picked up a board that was in the floor to defend myself. Um, as we sat there and tussled in the chair,

---

TRANSCRIBER: A. BUJOL          TAPE RECORDER:              PAGE 1 OF 6
                               MAKE:
                               MODEL #:

GOVERNMENT EXHIBIT C

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

eventually I got him to push back from me and I ran upstairs. And once I got upstairs I went into my bedroom and I locked the door. Um, within seconds, I turned on the lights, Derrick had bust through my door and broke the paneling on my door. Um, once I got away from him in the room and I ran downstairs, I unlocked my front door, but I ran straight through the back door because I wanted Derrick Shepard to follow me so he could go out the back and I can lock him out. Um, he didn't do that. What he did was lock me out. He went upstairs and went through my personal items. He took money out of my purse and my personal cell phone is also missing. Once I finally got him to come back and open the door and let me in about forty five (45) minutes had been past. Um, he finally let me inside, well, he opened the door to let me in and that's when I grabbed him and we tussled and I got him to go outside and I closed, I have two (2) doors on my back door iron gate and a wooden door. I was able to close the wooden door, but I couldn't grab the iron gate fast enough. Because I couldn't close the iron gate, that allowed him to bust through my backdoor and he also broke the framing on that door. Um, he came halfway in the house. He begin to run up the foyer hallway, but I ran all the way upstairs to retrieve my work phone, which was in my um, nightstand drawer and I called the police from there. Once I called the police, I came back downstairs and I noticed him in his car pulling out the driveway. I ran outside and behind his vehicle, but he kept backing up and I just moved out of the way.

BARTEET: Okay, real quick, let's, let's go back just a little bit and clarify a few things.
ASHFORD: Uh-huh.

BARTEET: All right, you, you said the suspect that came into the house was Derrick Shepard. Um, can you describe Derrick, provide his date of birth and possibly an address?
ASHFORD: Derrick Shepard is a black male. He stands about 5'9", 5'10" inches tall. He weighs closer to about 190 to 200 pounds. Um, he had on a blue dress shirt that was button up shirt with some khaki dress slacks on and some dark brown shoes. He has a low hair cut, um, he lives in Gretna, Louisiana at 3701 Lake Michelle Court and that's in Stonebridge.

BARTEET: Do you know his date of birth?
ASHFORD: Derrick's date of birth is 5/29/69.

BARTEET: Okay, and you know where he works?
ASHFORD: He's an attorney. He has an office in Marrero on Ames Boulevard. I don't know the exact address and he's also a State Senator, he worked out of Baton Rouge as well.

BARTEET: Okay, um, now you, you've been involved in a romantic relationship with Derrick in the past, is that correct?
ASHFORD: That is correct.

BARTEET: Okay, can you tell me when that relationship started?
ASHFORD: Um, it started approximately in about August of 2001 and we had (inaudible), we got, dealt with Derrick in a relationship all the way up until 2005.

BARTEET: Okay, and at 2005, you ceased the, the formal relationship that you had with him. At, at any time did you re-, reside with Derrick or did Derrick reside with you?

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

ASHFORD: After the storm, I had an apartment in Baton Rouge and he would stay there, but he wasn't an everyday resident. He would just frequent there often.

BARTEET: Okay, and you, you had told me before that even though y'all were no longer romantically involved, you, you had conversations with him, you, you kept in con-, in touch with him until very recently, is that correct?

ASHFORD: Right. I would still talk to him, um, I would very rarely talk to him. If he called me, I would talk to him. Um, over the course of this year, I have not been having much relationship with Derrick, but he started to call me probably a few weeks back, like our relationship, sometimes I talk to him, sometimes I don't. It was just based off if he would call me and I would just talk to him just to see what was going on, you know, just to talk to him as a friend. Um, over the past few months, this year, I have not been conversing with Derrick on the phone. Recently, over the past couple of weeks, he started to call me and I had talked to him um, over the course of those couple of weeks. This whole week, I had not had one conversation with Derrick.

BARTEET: Okay, and basically, you made it very clear to him that you were no longer gonna be in a romantic relationship with him?

ASHFORD: Correct.

BARTEET: Okay, and in the past, while y'all were in uh, a romantic relationship or since, has he ever been violent towards you?

ASHFORD: Um, in 2006, once he found out that I was dealing, in a relationship with someone else, he would come by and cause problems. It was incidents where he would come by my house and if the car was there, I would get up to leave for work and he would be outside blocking my driveway or in um, standing in my back, by my back door, you know, wanting to know what's going on or causing problems and just last week or a week and a half ago, he came and threw rocks again when I had company and it was the same situation of why I don't want to be with him, what makes me want to be with the person that I'm with.

BARTEET: But on, on that incident about a week ago, um, were the police called?
ASHFORD: No, I didn't not call the police because he didn't get violent.

BARTEET: Okay, and you had a, your, your friend, who I assume is a male friend, that was inside of the house at the time?
ASHFORD: Yes, he was.

BARTEET: Okay, was he aware of what was going on?
ASHFORD: Yes, he was.

BARTEET: Okay, uh, did he confront Derrick or Derrick confront him or any, anything...
ASHFORD: Um, we, he did confront, it was nothing violent, it was just uh, through talking.

BARTEET: Okay, um, now any of the incidents you've describe in the past, did you ever report any of those incidents to the police?

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

ASHFORD: I called the police one time for him before when he came to my house causing problems, but they did not take a statement because he didn't get in and he fled and they just came, but they didn't take any statements about (inaudible).

BARTEET: When, when was that?
ASHFORD: This was last year in 2007, um, it was probably around July or August of 2007.

BARTEET: Okay, and that was at this location, at 115 Cameron?
ASHFORD: Yes, at the same residence.

BARTEET: Okay, um, now, do you live here by yourself?
ASHFORD: Yes, I do.

BARTEET: Okay, now tonight, um, initially, you allowed him to come in through, and this is, all takes place, what you described was through the back door of the house, not the front door, which is actually on Cameron, he had to come around to the back door?
ASHFORD: Correct.

BARTEET: All right, um, you allowed him in, so he, he had permission to come in on the first incident, correct?
ASHFORD: Well, I didn't tell him to come in. He just walked in the house.

BARTEET: Okay, but at the time when you locked him out of the house, you physically removed Derrick from your house...
ASHFORD: Correct, I pushed him out...

BARTEET: And you no longer, he, he did not have your permission to enter the house, is that correct?
ASHFORD: Correct, that is correct.

BARTEET: Okay, he also did not have your permission to take your cell phone, which is your personal cell phone or the, the currency?
ASHFORD: Right. He also took money out of my wallet.

BARTEET: Okay, now, just, let's, just to verify, you called the police from your work cell phone, which is 504-330-8240?
ASHFORD: That is correct.

BARTEET: The phone num-, the, the cell phone that Derrick took is area code 504-287-8696?
ASHFORD: That is also correct.

BARTEET: And that is a Sprint Blackberry Pearl, that is registered to you?
ASHFORD: Yes, that's correct.

BARTEET: Okay, now, did you actually see Derrick take those or you just, you know the items were there before he came in and he's the only one that entered?

J.P.S.O. ITEM #G-29219-08                                          PAGE 4 OF 6

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

ASHFORD: Right. I knew the money was there cause I just received the money and it was in my wallet, because it was for me to pay for something and my phone was on my nightstand, because it was plugging into my charger that's right by my bed.

BARTEET: Okay, so, it was there when you came downstairs to...
ASHFORD: Open...

BARTEET: Confront whoever was throwing rocks.
ASHFORD: (Inaudible).

BARTEET: And then um, it's gone after this incident...
ASHFORD: Correct.

BARTEET: Which nobody else came in. Okay, um, also you, you advised me that your mother received a phone call or, or, I'm sorry, she had some kind of contact with Derrick before this incident occurred?
ASHFORD: No, after he left here. He went to my sister and my mother's residence in Harvey, at 6, at 1460 Angus Drive.

BARTEET: Uh-huh.
ASHFORD: And he, he repeatedly banging on their door. My mom said she went to peep who it, to see who it was and it was him, cause neither one, neither her or my sister opened the door.

BARTEET: Okay, does, does your mother know Derrick Shepard?
ASHFORD: Yes, she does.

BARTEET: I mean, she's met him before?
ASHFORD: Yes, she does.

BARTEET: Okay, so she knows who she was looking at?
ASHFORD: Right.

BARTEET: Okay, um, based on all of, all of what you've told me, um, do you wish to pursue charges against Derrick Shepard for unauthorized entry of your residence, theft of your personal property, as well as uh, simple battery?
ASHFORD: Yes, I do, correct.

BARTEET: Okay, and, and another thing, just to um, clarify, you, you indicated that at one point, while y'all were in the kitchen, he got aggressive. At that point, he, he touched you, right?
ASHFORD: Correct.

BARTEET: Okay, um, and when he touched you, how was it, I mean, did punch you, slap you, push you?
ASHFORD: He grabbed me, but he did once punch in my stomach.

BARTEET: Okay, um, but you, it was an unwanted touching basically?

J.P.S.O. ITEM #G-29219-08                                                PAGE 5 OF 6

JUL-28-2008 MON 12:37 PM INVESTIGATIONS BUR. ADMIN    FAX NO. 9363562?    P. 07
Case 2:07-cr-00384-CJB-JCW   Document 163-3   Filed 07/29/08   Page 6 of 6

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

ASHFORD: Right.

BARTEET: Okay, um, is this statement the truth to the best of your knowledge?
ASHFORD: Yes it is.

BARTEET: Is there anything you wish to add or delete from this statement?
ASHFORD: No (inaudible).

BARTEET: Okay, this'll conclude this statement at approximately 0554 hours.