## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

STATEMENT OF: Hashawn Ashford                    J.P.S.O. ITEM G-29219-08

LOCATION: 1460 Angus Dr. Harvey, La. 70058

DATE & TIME TAKEN: July 26, 2008, 0638 hours     INCIDENT: RS14:62.3
OFFICER(S):

The following is tape audio voluntary statement being obtained from Ms. Hashawn Ashford. Ms. Ashford has a date of birth July 12, 1983. Currently resides at 1460 Angus Dr. in Harvey. This statement is taken in relative to JPSO item number G as in George -29219-08 in reference to RS14:62.3,14.35,14.67 all that occurred at 115 Cameron Dr. in Gretna. The date of today's statement is July 26, 2008. And this statement began at approximately 0638 hours. This statement is being obtained at 1460 Angus and being obtained by Detective Gary Barteet the member of the Jefferson Parish Sheriffs Office assigned in the criminal investigations divison.

BARTEET: State your name for the record please?
ASHFORD: My name is Hashawn Ashford.

BARTEET: Ok, Ms. Ashford, um you are sister to Thaise Ashford is that correct?
ASHFORD: Yes.

BARTEET: Ok, and you currently reside at 1460 Angus?
ASHFORD: Yes, sir.

BARTEET: Ok, now um this morning you were woken at your house is that correct?
ASHFORD: Yes sir.

BARTEET: Can you tell me what happened?
ASHFORD: Um, I was woken up after my mom heard someone knocking at the door. She came to my door and she told me someone is knocking at the door Shawny. She proceeded to the door to go and see who it was. She came back and told me that it was Derrick. And right after that my phone started ringing with his calls coming in.

TRANSCRIBER: C. Ritchie      TAPE RECORDER: JP15619        PA
                             MAKE: OLYMPUS
                             MODEL #: PEARLCORDER


GOVERNMENT EXHIBIT D

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

BARTEET: Ok, and your phone meaning your cell phone that is number 504-377-1592?
ASHFORD: Yes, yes sir.

BARTEET: And you received repeated phone calls is that correct?
ASHFORD: Yes, repeated phone calls back to back.

BARTEET: All right, you have allowed me to see the call log on that phone and I observed uh, calls starting at 1:30 um, they had a call at 3:49 and then multiple calls from 4:10-4:15 is that correct?
ASHFORD: Yes sir.

BARTEET: Ok, now those calls indicated the phone number of 504-416-7070 do you know whose number that is?
ASHFORD: Yes sir it is Derrick Shepherd.

BARTEET: Ok, Derrick Shepherd you know Derrick Shepherd personally you met him before?
ASHFORD: I met him before form my sister.

BARTEET: Ok, he had a relationship with your sister in the past and your are fully aware that this number belongs to Derrick Shepherd?
ASHFORD: Yeah.

BARTEET: Do you know if that's his personal cell phone, house phone?
ASHFORD: Personal cell phone.

BARTEET: Ok, is this statement true to the best of your knowledge?
ASHFORD: Yes, sir.

BARTEET: Ok, do you wish to add or delete anything to this statement?
ASHFORD: No.

BARTEET: This concludes this statement at approximately 0640 hours.