## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT FORM

STATEMENT OF: Sharon Ashford            J.P.S.O. ITEM: G-29219-08

LOCATION:

DATE & TIME TAKEN: 07/26/2008, 0624 Hours     INCIDENT: RS:14:62.3/RS:14:35/RS:14:67

OFFICER(S): Detective Gary Barteet

The following is a taped audio voluntary statement being obtained from Miss Sharon Ashford. Miss Ashford is a black female with a date of birth of (Ashford responds: 7/26/51), 7/26/51. I think you told me that already. Sh-, she is temporarily staying at 1460 Angus Drive in Harvey. Um, Miss Ashford is the mother of Miss Thaise Ashford, the victim of an RS:14:62.3 uh, 14:35, and 14:67, reported under J.P.S.O. Item Number G (as in George) 29219-08. The original incident occurred at 115 Cameron Drive in Gretna and this particular statement is being obtained at 1460 Angus Drive in Harvey and is being obtained by Detective Gary Barteet, a member of the Jefferson Parish Sheriff's Office, Criminal Investigations Division. The date of today's statement is July 26th, 2008, and begins at approximately 0624 Hours.

BARTEET: State your name for the record please.
ASHFORD: My name is Sharon Ashford.

BARTEET: Okay. Miss Ashford, before we begin, um, (telephone ringing) who is your daughter that resides currently on Cameron?
ASHFORD: Uh, my daughter is Thaise Ashford.

BARTEET: Okay. And um, tonight, or early this morning, on the Angus location where you're, where you're staying um, somebody came to the house. Is that correct?
ASHFORD: Right.

BARTEET: Okay. Who was that?
ASHFORD: It was Derrick Shepherd.

BARTEET: Okay. And what, about what time approximately?
ASHFORD: It was about 4:00, 4:10.

BARTEET: 4:10.
ASHFORD: Uh-huh (denotes positive response).

BARTEET: And where were you at in the house? You were...
ASHFORD: I was in the, in the back bedroom, the second bedroom.

BARTEET: Okay. So you were asleep?
ASHFORD: Right.

TRANSCRIBER: B. LASSERRE          TAPE RECORDER:           PA
                                  MAKE:
                                  MODEL #:

GOVERNMENT EXHIBIT 6

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

BARTEET: Okay. And what did he do?
ASHFORD: I was awoken um, by the noise on, knocking on the door. He was knocking very abruptedly (phonetically spelled), you know,...

BARTEET: Uh-huh (denotes positive response).
ASHFORD: like a police officer and it scared me so I jumped up and I came to the door.

BARTEET: Okay. And did, and you saw who was outside?
ASHFORD: Right. And I saw it was Derrick Shepherd.

BARTEET: Okay. And Derrick Shepherd, being the, the man that your daughter at uh, um, at one time had a relationship with. Is that correct?
ASHFORD: Right.

BARTEET: Okay. Um, and you, you knew him before? You had met him before?
ASHFORD: Right. I knew him before...

BARTEET: Okay.
ASHFORD: because he...

BARTEET: So I mean there's no, no denying that, you're sure that that was Derrick Shepherd outside?
ASHFORD: Positive.

BARTEET: Okay. Um, did you talk to him at all?
ASHFORD: No. I didn't.

BARTEET: Okay. Um, did anything else happened d-, wi-, while he was here?
ASHFORD: Well, by me not open the door he start calling my other daughter's cell phone.

BARTEET: Uh-huh (denotes positive response). All right. Did, did she talk to him at all?
ASHFORD: No. She didn't.

BARTEET: Okay. Um, and then you were, ultimately you were made aware that an incident occurred at your house on Cameron uh, regarding your daughter?
ASHFORD: Right.

BARTEET: Okay. As far as you know, has there ever been any kind of violence or, or major problems between your daughter and Derrick?
ASHFORD: Well, there were several other incidents. He done came in the house and took her cell phone before, you know, forced his way in.

BARTEET: Yes, ma'am. Was anything ever reported to the police that you know of?
ASHFORD: I don't think she reported it.

## JEFFERSON PARISH SHERIFF'S OFFICE
## TRANSCRIBED AUDIO TAPE STATEMENT CONTINUATION FORM

BARTEET:   Okay. Is there anything you wish to add or delete from this statement?
ASHFORD:   No. Everything is correct that I said.

BARTEET:   Okay. This'll conclude this statement, at approximately 0628 Hours.