


**SEALED**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 07-384 |
| DERRICK D.T. SHEPHERD | * | SECTION "J" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AND TO FILE SAME UNDER SEAL

Clarence Roby, Jr., on showing that, along with John Wilson Reed and Robert Glass, he has been representing the defendant, Derrick D.T. Shepherd, in this matter, and on further showing that the defendant can be adequately represented by two attorneys rather than three, moves the court for leave to withdraw. Co-counsel and the defendant have been advised of this motion and have no objection.

Counsel further moves the court to file this motion and any order **under seal.**

1

Respectfully submitted,

CLARENCE ROBY, JR. (#20345)
LAW OFFICE OF CLARENCE ROBY, JR.,
  APLC
3701 Canal Street, Suite U
New Orleans, Louisiana  70119
Tel.: (504) 486-7700
E-mail: Croby@aol.com

JOHN WILSON REED (#11126)
ROBERT GLASS (#6050)
GLASS & REED
530 Natchez Street, Suite 350
New Orleans, Louisiana  70130
Tel.: 504/581-9083
E-mail: glasreed@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2008, I filed the foregoing by hand directly to the chambers of Judge Carl J. Barbier, and delivered same via electronic mail to the following participants:

Michael W. Magner, Esq.
Gregory M. Kennedy, Esq.
Daniel Patrick Friel, Esq.
Ass't U.S. Attorneys
500 Poydras Street
New Orleans, LA 70130

E. Wayne Walker, Esq.
630 Third Street
Gretna, LA 70053

I further certify that a copy of the foregoing has been mailed, postage prepaid and properly addressed, to:

Gwendolyn J. Moyo
c/o St. Charles Parish Jail
5061 Hwy. 3127
Killona, LA 70066

_____
CLARENCE ROBY, JR.