**SEALED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT   8 2008

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 07-384 |
| DERRICK D.T. SHEPHERD | * | SECTION "J" |

* * * * * * * * * * * * * * * * * * * * * *

### ORDER UNDER SEAL

Considering the foregoing Motion to Withdraw and to File Same Under Seal,

IT IS ORDERED that Clarence Roby, Jr. be, and he is hereby, permitted to withdraw as counsel for defendant Derrick D.T. Shepherd.

IT IS FURTHER ORDERED that the Motion to Withdraw and Order be filed **UNDER SEAL**.

New Orleans, La., this 8th day of October, 2008.

_____
U.S. DISTRICT JUDGE