MINUTE ENTRY
BARBIER, J.
OCTOBER 7, 2008

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL ACTION

VERSUS                                   NO: 07-384

DERRICK SHEPHERD                    SECTION: "J"


     The Court held a sealed conference this date at the request of Defendant Shepherd's attorney, Clarence Roby.  The following were in attendance: Michael Magner, Gregory Kennedy and Daniel Friel, representing the Government and John Reed, Robert Glass and Clarence Roby representing Defendant Shepherd.

     The court reporter for the conference was Jodi Simcox.


                * * * * * * * * * * * * *

JS-10:120 mins.