# United States District Court
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

DERRICK D. T. SHEPHERD

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-384 J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Derrick D. T. Shepherd** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    (X) Violation Notice

charging him or her with Violations of Pretrial Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

*P. Hebert*
Signature of Issuing Officer

(By) Deputy Clerk

**CLERK**
Title of Issuing Officer

**January 14, 2010   New Orleans, Louisiana**
Date and Location

Bail fixed at $_____  by _____
Name of Judicial Officer

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 500 Poydras St, New Orleans, LA |

| DATE RECEIVED 1/14/10 | NAME AND TITLE OF ARRESTING OFFICER SDUSM Doug Farell | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/15/10 | | |

Stamps: RECEIVED U.S. MARSHAL 2010 JAN 14 PM 4:42 EASTERN DISTRICT OF LOUISIANA; FILED EASTERN DISTRICT COURT OF LOUISIANA 2010 JAN 27 AM 7:48 LORETTA G. WHYTE CLERK