**MINUTE ENTRY**
**BARBIER, J.**
**FEBRUARY 11, 2010**
**JS-10: 15 min.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 07-384 |
| DERRICK D.T. SHEPHERD | SECTION: J |

**SENTENCING**

COURT REPORTER: Cathy Pepper
COURTROOM DEPUTY: Tanya Lee

PRESENT:   AUSA Michael W. Magner, AUSA Gregory M. Kennedy, AUSA Daniel P. Friel, for the government
John W. Reed, Esq. and Robert S. Glass, Esq., for defendant

Defendant sentenced to count 25 of the superseding indictment.
Counts dismissed on motion of the United States as to this defendant: Counts 1-6.
See Judgment.
The defendant was remanded.
Court adjourned.